UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RASHIDA CLOUD,            )<br>                           )<br>     Plaintiff,          )<br>                           )<br>v.                         )<br>                           )<br>MOREHOUSE SCHOOL OF        )<br>MEDICINE, INC. and VALERIE )<br>MONTGOMERY RICE, M.D.,     )<br>                           )<br>     Defendants.          ) | CIVIL ACTION<br>FILE NO. 1:14-cv-01308-WBH |

## ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action as a result of mediation, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. This Court thereby orders that the above-styled action be **DISMISSED WITH PREJUDICE**.

This the 1st day of October, 2014.

_____
Honorable Willis B. Hunt, Jr.
United States District Court